UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN SECTION

| | |
|---|---|
| **MONTAGNO CONSTRUCTION, INC.,** *Plaintiff and Defendant in Counterclaim* | Civil Action No. 05-CV-30283 |
| vs. | |
| **ACTION AIR, INC.** *Defendant and Plaintiff in Counterclaim* | STIPULATION OF DISMISSAL |
| **SPATH & SON, INC.** *Defendant* | |

**IT IS HEREBY STIPULATED AND AGREED** by the parties, pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), that all claims, counterclaims, crossclaims and third-party claims asserted by the parties in this matter be dismissed with prejudice.

**SO STIPULATED:**

| | |
|---|---|
| The Plaintiff, MONTAGNO CONSTRUCTION, INC. By Its Attorneys | The Defendant, ACTION AIR, INC. By Its Attorney, |
| /s/ Daniel J. Finnegan Daniel J. Finnegan, BBO #561347 Bulkley, Richardson and Gelinas, LLP 1500 Main Street, Suite 2700 Springfield, MA 01115 Tel: (413) 781-2820 Fax: (413) 272-6805 | /s/ Adam J. Basch Adam J. Basch, BBO #655482 Bacon & Wilson, P.C. 33 State Street Springfield, MA 01103 Tel: (413) 781-0560 Fax: (413) 739-7740 |
| Date: June 25, 2007 | Date: June 25, 2007 |

The Defendant,
SPATH & SON, INC.
By Its Attorneys


/s/ Mark Draper
Mark Draper, BBO #134540
Annino, Draper & Moore, P.C.
1500 Main Street, Suite 2504
P.O. Box 15428
Springfield, MA  01115-5428
Tel: (413) 732-6400
Fax: (413) 732-3339

Date:  June 25, 2007


#525946